UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CABRERA,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.; and DEPARTMENT STORES NATIONAL BANK<br><br>            Defendants. | Case No. 2:18-cv-09619-JAK (JPRX)<br><br>**ORDER RE STIPULATION TO ARBITRATE AND STAY ACTION**<br><br>**JS-6: Stayed / Inactive Calendar** |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT:

1. The Stipulation is **GRANTED**;

2. This action is ordered stayed and placed on the Court's inactive calendar pending arbitration. All claims in this action shall be submitted to binding arbitration before the American Arbitration Association, pursuant to the terms of the arbitration agreement contained in the credit card agreements, attached to the Stipulation as composite Exhibit 1; and

3. Counsel shall file a joint status report every 90 days, or within 5 days of a decision by the arbitrator, whichever is to occur first. The joint report shall include the status of the arbitration and whether this action shall remain on the Court's inactive calendar. The first joint report shall be filed by April 18, 2019.

IT IS SO ORDERED.

Dated: January 18, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE